

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2013

No. 04-12-00772-CV

W.H. **SUTTON,** Arctic Royalty Limited Partnership, Julie  S. Mueller,  Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellant's eighth motion to extend time to file the brief is GRANTED.  We ORDER appellant to file the appellant's brief in this court on or before May 3, 2013. With the granting of this extension, appellant has been given a total of one hundred and eleven days (111) to file the brief from the original due date.  Accordingly, appellant is advised that NO FURTHER EXTENSION OF TIME WILL BE GRANTED ABSENT WRITTEN PROOF OF ADDITIONAL EXTRAORDINARY CIRCUMSTANCES.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2013.

_____
Keith E. Hottle
Clerk of Court